# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served on **Jesse Willms**

   the (date) _____ June 08, 2012 _____

   at (place, street, number) ___ 475 Balmoral Crescent, Sherwood Park, Alberta ___

   in one of the following methods authorised by Article 5:

   a) in accordance with the provisions of sub-paragraph *(a)* of the first paragraph of Article 5 of the Convention.

   **b) in accordance with the following particular method:** On June 07, 2012, attended at #300, 85 Cranford Way, Sherwood Park and was advised by a neighbouring business that they have not seen any activity at this location for approximately 3 weeks. On June 08, 2012 the documents were posted to the door of Jesse Willms' residence located at 475 Balmoral Crescent, Sherwood Park, Alberta on the instructions of Randall Dixon, of Dixon & Hayes, Toledo, Ohio, pursuant to Article 5(b). The Realtor responsible for selling this property confirmed that Jesse Willms still lives at this residence.

   c) by delivery to the addressee, who accepted it voluntarily.

   The documents referred to in the request have been delivered to:

   (identity and description of person)

   _____

   _____

   relationship to the addressee (family, business or other):

   _____

   _____

2) that the document has not been served, by reason of the following facts:

   _____

   _____

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

*Annexes*

Documents returned:
Summons and Class Action Complaint for Fraud, Misrepresentation, Unjust Enrichment and Violation Michigan Consumer Protection Act

Done at _Edmonton Alberta_ the _8th_ day of _June_, 2012

Signature and/or stamp

*[signature]*

STEVEN LEWICKI

In appropriate cases, documents establishing the service:

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served on **Terra Marketing Group**

   the (date) _____ June 08, 2012 _____

   at (place, street, number) _____ 475 Balmoral Crescent, Sherwood Park, Alberta _____

   in one of the following methods authorised by Article 5:

   a) in accordance with the provisions of sub-paragraph *(a)* of the first paragraph of Article 5 of the Convention.

   **b)** **in accordance with the following particular method:** On June 07, 2012, attended at #300, 85 Cranford Way, Sherwood Park and was advised by a neighbouring business that they have not seen any activity at this location for approximately 3 weeks. On June 08, 2012 the documents were posted to the door of Jesse Willms' residence located at 475 Balmoral Crescent, Sherwood Park, Alberta on the instructions of Randall Dixon, of Dixon & Hayes, Toledo, Ohio, pursuant to Article 5(b). The Realtor responsible for selling this property confirmed that Jesse Willms still lives at this residence.

   c) by delivery to the addressee, who accepted it voluntarily.

   The documents referred to in the request have been delivered to:

   (identity and description of person)

   _____

   _____

   relationship to the addressee (family, business or other):

   _____

   _____

2) that the document has not been served, by reason of the following facts:

   _____

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

*Annexes*

Documents returned:
Summons and Class Action Complaint for Fraud,
Misrepresentation, Unjust Enrichment and Violation
Michigan Consumer Protection Act

Done at  Edmonton Alberta                                     the

_____8 Th_____ day of _____June_____, 2012

In appropriate cases, documents
establishing the service:

Signature and/or stamp

STEVEN LEWICKI

..................................
..................................
..................................

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served on **1524948 Alberta Ltd.**

   the (date) _____ June 08, 2012 _____

   at (place, street, number) _____ 475 Balmoral Crescent, Sherwood Park, Alberta _____

   in one of the following methods authorised by Article 5:

   a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.

   b) **in accordance with the following particular method:** On June 07, 2012, attended at #300, 85 Cranford Way, Sherwood Park and was advised by a neighbouring business that they have not seen any activity at this location for approximately 3 weeks. On June 08, 2012 the documents were posted to the door of Jesse Willms' residence located at 475 Balmoral Crescent, Sherwood Park, Alberta on the instructions of Randall Dixon, of Dixon & Hayes, Toledo, Ohio, pursuant to Article 5(b). The Realtor responsible for selling this property confirmed that Jesse Willms still lives at this residence.

   c) by delivery to the addressee, who accepted it voluntarily.

   The documents referred to in the request have been delivered to:

   (identity and description of person)

   _____

   _____

   relationship to the addressee (family, business or other):

   _____

   _____

2) that the document has not been served, by reason of the following facts:

   _____

   _____

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

Annexes

Documents returned:
Summons and Class Action Complaint for Fraud, Misrepresentation, Unjust Enrichment and Violation Michigan Consumer Protection Act

Done at  Edmonton Alberta Canada   the 8th

8th day of June, 2012

In appropriate cases, documents establishing the service:

Signature and/or stamp

STEVEN LEWICK J







Jesse Willis
4475 Balmoral Court
Sherwood Park, AB.



Terra Marketing Group
90475 Balmoral Crescent
Sherwood Park, Pblc

Attn: Isaac Willms



Isowig Alberta Ltd.
4-475 Balmoral Crescent
Sherwood Park, Alta.

Attn: Jesse Williams

