AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| Gary Pagels | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 2:12-cv-11936-GER-DRG |
| Jesse Willms | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Terra Marketing Group.

Date: 07/10/2012

s/ Matthew D. Cote'
*Attorney's signature*

Matthew D. Cote' (P74430)
*Printed name and bar number*

884 Beaconsfield Ave
Grosse Pointe Park, MI
48230

*Address*

matt@cote-law.com
*E-mail address*

(734) 546-2386
*Telephone number*

*FAX number*