UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **GARY PAGELS, On Behalf of Himself and All Others Similarly Situated,**<br>14322 Stratford Road<br>Riverview, MI 48193,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**JESSE WILLMS, Individually and as Owner and Operator of Terra Marketing Group**<br>#300, 85 Cranford Way<br>Sherwood Park, AB<br>T8H 0H9<br><br>**et al.**,<br><br>　　　　Defendants. | Case No. 2:12-cv-11936-GER-DRG |

### STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS JESSE WILLMS, 1524948 ALBERTA LTD., TERRA MARKETING GROUP, AND TRUE NET LLC TO FILE RESPONSE TO COMPLAINT

Plaintiff Gary Pagels ("Plaintiff") and Defendants Jesse Willms, 1524948 Alberta Ltd., Terra Marketing Group, and True Net LLC (collectively, "Defendants"), by and through their attorneys of record, STIPULATE AS FOLLOWS:

WHEREAS, Defendants were served with the Complaint on June 11, 2012;

WHEREAS, Defendants and Plaintiff stipulated to an extension of July 16, 2012;

1

WHEREAS, on July 12, 2012, pursuant to Local Rule 7.1(a), counsel for the parties met and conferred regarding motions Defendants intend to file in response to the Complaint;

WHEREAS, the Parties have mutually agreed that additional time is needed to consider and discuss the issues raised by Defendants;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES THAT the time for Defendants to respond to Plaintiff's Complaint shall be extended to July 23, 2012.

**IT IS SO STIPULATED.**

DATED:  July 13, 2012               PIGOTT, LTD.

                                    　　　　s/Thomas D. Pigott
                                    By: _____
                                    　　Thomas D. Pigott (0062919)

                                    2620 N. Centennial Road, Unit H
                                    Toledo, Ohio 43617
                                    Phone: (419) 776-4567
                                    Facsimile: (419) 776-4568
                                    Email: tpigott@pigottlaw.com

                                    Attorneys for Plaintiff Gary Pagels

//
//
//

DATED:  July 13, 2012	COTE LEGAL SERVICES, PLLC

By: s/Matthew D. Coté
_____

   Matthew D. Coté
   Bar No. P74430

COTE LEGAL SERVICES, PLLC
884 Beaconsfield Ave
Grosse Pointe Park, MI 48230
Email: matt@cote-law.com

Attorneys for Defendants Jesse Willms, 1524948 Alberta Ltd., Terra Marketing Group, and True Net LLC

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2012, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Attorneys for Plaintiff:*

| | |
|---|---|
| Thomas D. Pigott (0062919) | Randall C. Dixon (P32820) |
| Pigott, Ltd. | DIXON & HAYES, LTD. |
| 2620 N. Centennial Road, Unit H | 3361 Executive Parkway, Suite 100 |
| Toledo, Ohio 43617 | Toledo, Ohio 43606 |
| Phone: (419) 776-4567 | Phone: (419) 536-8600 |
| Facsimile: (419) 776-4568 | Facsimile: (419) 534-5934 |
| Email: tpigott@pigottlaw.com | Email: RandyDixon@DixonHayes.com |

Dated the 13th day of July, 2012.

By: s/Matthew D. Coté
Matthew D. Coté
Bar No. P74430

COTE LEGAL SERVICES, PLLC
884 Beaconsfield Ave
Grosse Pointe Park   MI  48230
Email: matt@cote-law.com

Karl S. Kronenberger
(*Admission Pending*)
KRONENBERGER ROSENFELD LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
Email: Karl@KRInternetLaw.com

Attorneys for Defendants Jesse Willms, 1524948 Alberta Ltd., Terra Marketing Group, and True Net LLC

4