UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
* * * * * * * *

| | |
|---|---|
| **GARY PAGELS,** | * Case Number: **2:12-cv-11936-GER-DRG** |
| Plaintiff, | * Judge: The Honorable Gerald E. Rosen |
| vs. | * **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| | * |
| Jesse Willms, et al., | * Thomas D. Pigott (0062919) |
| | Pigott, Ltd. |
| Defendants. | * Attorneys for Plaintiffs |
| | 2620 N. Centennial Avenue, Suite H |
| | * Toledo, Ohio 43617 |
| | Phone: (419) 776-4567 |
| | * Facsimile: (419) 776-4568 |
| | Email: tpigott@pigottlaw.com |
| | * |
| | Randall C. Dixon (P32820) |
| | * DIXON & HAYES, LTD. |
| | Attorneys for Plaintiffs |
| | * 3361 Executive Parkway, Suite 100 |
| | Toledo, Ohio 43606 |
| | * Phone: (419) 536-8600 |
| | Facsimile: (419) 534-5934 |
| | * Email: RandyDixon@DixonHayes.com |

* * * * * * * *

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiff Gary Pagels and Defendants Jesse Willms, 1524948 Alberta, Ltd. d/b/a Terra Marketing Group, Sphere Media, LLC, JDW Media, LLC, Coastwest Holdings Limited, Farend Services, Ltd., Net Soft Media, LLC d/b/a Swipebids.com, Net Soft Media d/b/a Swipebids.com, True Net, LLC d/b/a Selloffauctions.com, Peter Graver individually and as officer of JDW Media, LLC, Adam Sechrist individually and as shareholder of Circle Media Ltd. and Sphere Media, LLC, Brett Callister Individually and as Officer of Net Soft Media, LLC, Carey L. Milne individually and as officer of Net Soft Media, LLC, by and through their attorneys, respectfully and jointly submit this Joint Stipulation for

Dismissal of this action with prejudice, each party to bear its/his/her own costs and fees. The parties request that the Clerk of Court now close this case. Dated: Friday, September 14, 2012.

Respectfully Submitted:

/s/

**Thomas D. Pigott**
Attorney for Plaintiffs
Pigott, Ltd.
2620 N. Centennial Road, Unit H
Toledo, Ohio 43617
Phone: (419) 776-4567
Facsimile: (419) 776-4568
Email: tpigott@pigottlaw.com

/s/ Matthew D. Cote'

**Matthew D. Cote'**
Attorney for Defendants
Cote' Legal Services
884 Beaconsfield Ave.
Grosse Pointe Park, MI 48230
Phone: 734-456-2386
Email: matt@cote-law.com

/s/

**Randall C. Dixon**
DIXON & HAYES, LTD.
Attorney for Plaintiffs
3361 Executive Parkway, Suite 100
Toledo, Ohio 43606
Phone: (419) 536-8600
Facsimile: (419) 534-5934
Email: RandyDixon@DixonHayes.com